**ORDERED ACCORDINGLY.**



1  Jeremy T. Bergstrom, Esq.
   Arizona Bar No. 19399
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV 89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-92046

**Dated: August 17, 2009**

_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

5  Attorneys for Secured Creditor,
   DOWNEY SAVINGS & LOAN ASSOCIATION

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| RUSTOM ALI AND JAHAN FERDOUS, | Case No.: 2:09-bk-03236-GBN |
| Debtors. | |
| DOWNEY SAVINGS & LOAN ASSOCIATION, | |
| Movant, | |
| vs. | |
| RUSTOM ALI AND JAHAN FERDOUS, Debtors; EDWARD J. MANEY, Trustee, | |
| Respondents. | |

### STIPULATED ORDER RE ADEQUATE PROTECTION AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT

IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, DOWNEY SAVINGS & LOAN ASSOCIATION, through its counsel, JEREMY T. BERGSTROM, ESQ., of the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys of record for Secured Creditor, and Debtors, RUSTOM ALI and JAHAN FERDOUS, through their counsel, DON J. LAWRENCE, JR., ESQ., and the Chapter 13 Trustee, EDWARD J. MANEY, as follows:

1

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtors shall maintain

2  regular monthly post-petition payments on Secured Creditor's first Trust Deed obligation,

3  encumbering the subject Property, generally described as: 4639 East La Miranda Way, Phoenix,

4  AZ 85044 ("Property" herein) and legally described as follows:

5     LOT 25, THE ESTATES AT THE POINTE SOUTH MOUNTAIN,
       ACCORDING TO BOOK 355 OF MAPS, PAGE 22, RECORDS OF
6      MARICOPA COUNTY, ARIZONA

7  in a timely fashion, commencing with the July 1, 2009 payment, and continuing thereafter on the

8  first (1st) day of each month. Payments are due on the first (1st) day of each month and are

9  delinquent after the fifteenth (15th) day of each month. Said payments shall be made directly to

10 DOWNEY SAVINGS AND LOAN ASSOCIATION, 3501 Jamboree Road, Newport Beach, CA

11 92660, referencing loan number ending in ***1288.

12     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtors shall make

13 additional payments in the amount of $1,375.19 each, commencing July 15, 2009 and continuing

14 for six (6) consecutive months on the fifteenth (15th) day of each consecutive month until the

15 post-petition arrearages in the amount of $8,251.15 (consisting of $275.85 in late charges,

16 $550.00 in attorney's fees and $150.00 in costs, $27.30 in property inspections, and $7,248.00 in

17 post-petition arrearages for the months of March, 2009 through June, 2009) due and owing on

18 Secured Creditor's first Trust Deed are paid.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtors shall fully pay into the plan **on time** and must **remain current** as previously directed by the Trustee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event Debtors fail to timely and properly comply with the payments ordered above, Secured Creditor shall send to Debtors written notice of default with copy to Debtors' counsel, stating that the Debtors shall have ten (10) days to cure. Also, an additional attorney's fee of $100.00 will be incurred for each notice of default. In the event Debtors fail to timely and properly cure the delinquency pursuant to the 10-day written notice of default as set forth hereinabove, Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of the Ex Parte Order, the Automatic Stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor, DOWNEY SAVINGS & LOAN ASSOCIATION, its assignees and/or successors in interest, and Secured Creditor, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's Sale of the subject Property, pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

///
///
///
///
///
///
///
///
///

1      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms, provisions
2  and duties imposed upon each party pursuant to this stipulation and order shall become void and
3  extinguished in the event this bankruptcy proceeding is dismissed, converted to another chapter
4  or otherwise terminated by any other means or in the event the automatic stay is later terminated
5  in favor of this secured creditor.

6  DATED:_____    _____
                                UNITED STATES BANKRUPTCY JUDGE

7  Submitted by:
8

9  DATED: June 25, 2009        By: /s/ Jeremy T. Bergstrom, Esq.
10                             Jeremy T. Bergstrom, Esq.
                              Attorney for Secured Creditor
11                             DOWNEY SAVINGS & LOAN ASSOCIATION

12 APPROVED/DISAPPROVED

13
   DATED: 7/27/09               _____
14                              DON J. LAWRENCE, JR.
                              Attorney for Debtor
15

16 APPROVED/DISAPPROVED

17
   DATED:_____
18                               EDWARD J. MANEY
                              Standing Trustee
19 (09-92046/azapo.lot/mlb)

20

21

22

23

24